No. 99A320. ZELMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF OHIO, ET AL. *v.* SIMMONS-HARRIS ET AL. Treating the application as a request for a stay of the preliminary injunction, application for stay presented to JUSTICE STEVENS, and by him referred to the Court, granted. Preliminary injunction entered by the United States District Court for the Northern District of Ohio, case No. 99 CV 1740, on August 24, 1999, is stayed pending final disposition of the appeal by the United States Court of Appeals for the Sixth Circuit. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application for stay.

NOVEMBER 8, 1999

No. 99-6093. IN RE TYLER ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner Tyler has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner Tyler unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. D-2116. IN RE DISBARMENT OF CATO. Michael Cato, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2117. IN RE DISBARMENT OF BESSEY. John Daniel Bessey, of Sacramento, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.